UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

NUTRITION RITE CORPORATION d/b/a NUTRITION RITE,

Plaintiff,

- against -

JACOB'S PARADISE INC. and LUIS ARCE,

Defendants.

-------------------------------------------------------------x

Action No.: 19-cv-2310

**COMPLAINT**

Plaintiff Nutrition Rite Corporation d/b/a Nutrition Rite ("Nutrition Rite"), by and through its attorneys Law Office of Z. Tan PLLC, complaining of the defendants, alleges upon information and belief, as follows:

**Preliminary Statement**

1. This is the case of breach of contract, fraud and civil conspiracy. Defendants manufacture and sell several types of herbal sexual enhancement supplements including ORGANZEN7000, ORGAZEN 3500, and ORGAZEN 5800. Nutrition Rite purchased $450,000.00 worth of the supplements based upon defendants' representations that they contained no prescription drugs, were herbal-based and satisfaction was guaranteed. After defendants delivered the products, the FDA issued a news release indicating that the Orgazen series of products, including the supplements sold by defendants, were adulterated with the prescription drugs Tadalafil and Sildenafil. These are the active ingredients responsible for the effects pf Viagra and Cialis. This has damaged Nutrition Rite's business, business relationships and bottom-line. Defendants have refused to reclaim the good and return Nutrition Rite's money as agreed necessitating court intervention.

**Jurisdiction and Venue**

2. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(2) in that the action is between citizens of this state and citizens of a foreign state and the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

3. Venue is proper in this District pursuant to 28 U.S.C. § 1391(a), in that it is a judicial district in which Nutrition Rite maintains its principal place of business, a substantial part of the events or omissions giving rise to the claims occurred, or a substantial part of the property which is the subject of the action is situated in.

**Parties**

4. Nutrition Rite is a domestic corporation organized and operating under the laws of the State of New York with a principal address known and located at 48 Jericho Turnpike, New Hyde Park, New York 11040.

5. Upon information and belief, defendant Jacob's Paradise Inc. ("Manufacturer") is a foreign corporation operating and existing under the laws of the State of California with a principal address known and located at 1404 C North Azusa Avenue Suite 470, Covina, California 91722. Upon information and belief, the Manufacturer is not licensed to do business in the State of New York.

6. Upon information and belief, defendant Luis Arce ("Middleman") is an individual, over the age of 18 and a resident of California with a principal residence known and located at 1404 C North Azusa Avenue Suite 470, Covina, California 91722.

## Statement of the Case

## As and For a First Cause of Action

Fraud and Misrepresentation: Inducement and Rescission

7. Nutrition Rite has been in business since 2006. The company has ample experience in sales and full chain supplying ability for handing goods, customs and distribution. The company has a registered trademark and uses the website https://nutritionrite.com/ to conduct its business and manage its online presence and goodwill. In 2016, Nutrition Rite expanded into the nutritional supplement industry purchasing various kinds of nutritional supplements from wholesalers and distributors and reselling them.

8. In 2016, Nutrition Rite was approached by the defendants who were selling several types of herbal sexual enhancement supplements including ORGANZEN7000, ORGAZEN 3500, and ORGAZEN 5800 ("Orgazen supplements"). Defendants, with scienter, stated that the Orgazen supplements, produced by Manufacturer, were herbal-based and contained no prescription drugs so they were not regulated by the Food and Drug Administration ("FDA"). The labelling and packaging also claimed that the ingredients were herbal-based and there were no prescription drugs listed in the ingredients. Neither of the defendants informed Nutrition Rite that the Orgazen supplements contain, or may contain, prescription drugs. Defendants knew that Nutrition Rite was in the resale business, so they agreed to take back any products which were not satisfactory. Defendants made these representations in an effort to induce Nutrition Rite to enter into the agreement, purchase the Orgazen supplements and pay the $450,000.00. And, defendants knew that Nutrition Rite would rely on their representations and satisfaction guarantee.

9. Nutrition Rite reasonably, foreseeably and actually relied upon defendants' representations, and the representations made on the labelling and packaging, and entered into an

agreement with defendants to purchase $450,000.00 in Orgazen supplements. Nutrition Rite paid the purchase price, and the Orgazen supplements were delivered.

10. Defendants' misrepresentations and actions pertained to material facts, as Nutrition Rite would not have entered into the agreement but for these misrepresentations. Defendants' misrepresentations and actions are the proximate and but-for cause of Nutrition Rite's damages

11. On November 10, 2018, the FDA issued a news release indicating that the Orgazen series of products, including the Orgazen supplements, were adulterated with the prescription drugs Tadalafil and Sildenafil. These are the active ingredients responsible for the effects pf Viagra and Cialis.

12. Upon learning the information, Nutrition Rite contacted the FDA New York field office about the $300,000.00 worth of Orgazen supplements in storage. Nutrition Rite voluntarily sealed the Orgazen supplements in its possession and is waiting for further instructions from the FDA regarding their disposal. The Orgazen supplements can no longer be sold on the open market because the FDA has claimed they are adulterated.

13. Nutrition Rite has made several attempts to contact defendants. The defendants have continually denied liability and knowledge of any adulteration of the Orgazen supplements. They have also refused all requests to return the purchase price necessitating court intervention. This has caused Nutrition Rite extreme difficulty with their existing clients who purchased the Orgazen supplements. As a result, Nutrition Rite has suffered damages including lost profits and damage to its reputation.

14. As a direct result of the above, Mr. Peng has been damaged and demands judgment against the defendants, jointly and severally, in an amount to be proven at trial for actual, consequential, compensatory damages, punitive damages plus statutory interest, costs, disbursements and attorneys' fees and rescission.

**As and For a Second Cause of Action**
Breach of Contract

15. Nutrition Rite realleges each paragraph 1 through 14 of this complaint as if fully restated herein.

16. The parties entered into an agreement whereby Nutrition Rite agreed to purchase Orgazen supplements from defendants for $450,000.00. Defendants agreed to sell and deliver to Nutrition Rite prescription-free, herbal Orgazen supplements.

17. Nutrition Rite performed in good-faith and paid defendants in reliance upon their representations.

18. Defendants breached the parties' agreement by selling Nutrition Rite Orgazen supplements containing the prescription drugs Tadalafil and Sildenafil and failing to take them back upon request.

19. As a direct result of the above, Nutrition Rite has been damaged and demands judgment against defendants, jointly and severally, for an amount to be proven at trial for actual, compensatory and consequential damages, lost profits, statutory interest, costs and disbursements, including reasonable attorneys' fees.

**As and For a Third Cause of Action**
Unjust Enrichment

20. Nutrition Rite realleges each paragraph 1 through 19 of this complaint as if fully restated herein.

21. Defendants knowingly, intentionally, recklessly, fraudulently and in bad-faith failed to return any amount of the $450,000.00 price for the Orgazen supplements despite due notice, ample opportunity, requests and the parties' agreement.

22. Defendants have been unjustly enriched at the expense of Nutrition Rite.

23. As a direct result of the above, defendants have been unjustly enriched and Nutrition Rite demands judgment against defendants, jointly and severally, for an amount of damages to be proven at trial for actual, consequential and compensatory damages plus statutory interest, costs and disbursements, including reasonable attorneys' fees and disgorgement of profits.

**As and For a Fourth Cause of Action**
Conversion

24. Nutrition Rite realleges each paragraph 1 through 23 of this complaint as if fully restated herein.

25. Nutrition Rite has been damaged as a result of the defendants' theft, conversion and misappropriation of the $450,000.00. Defendants interfered with Nutrition Rite's rights and interests in the money by the unlawful and wrongful exercise of dominion and control over it, without justification, and with intent to deprive Nutrition Rite of the money by defendants' unauthorized acts in assuming dominion and control over it and failing to return it to Nutrition Rite as required by the parties' agreement.

26. As a direct result of the above, Nutrition Rite has been damaged, and continues to be damaged, and demands judgment against defendants, jointly and severally, for an amount to be proven at trial for actual, consequential and compensatory plus statutory interest, costs and disbursements, including reasonable attorneys' fees.

**As and For a Fifth Cause of Action**
Promissory Estoppel/Detrimental Reliance

27. Nutrition Rite realleges each paragraph 1 through 26 of this complaint as if fully restated herein.

28. The parties entered into an agreement whereby Nutrition Rite agreed to purchase Orgazen supplements from defendants for $450,000.00. Defendants made clear and unambiguous promises to sell and deliver to Nutrition Rite prescription-free, herbal Orgazen

supplements. Defendants also agreed to take back any of the Orgazen supplements which were unsatisfactory.

29. Nutrition Rite reasonably and foreseeably relied upon defendants' representations, performed in good-faith and paid defendants in reliance upon their representations.

30. Defendants breached the parties' agreement by selling Nutrition Rite Orgazen supplements containing the prescription drugs Tadalafil and Sildenafil and failing to take them back upon request.

31. As a direct result of the above, Nutrition Rite has been damaged and demands judgment against defendants, jointly and severally, for an amount to be proven at trial for actual, compensatory and consequential damages, lost profits, statutory interest, costs and disbursements, including reasonable attorneys' fees.

## **As and For a Sixth Cause of Action**
Declaratory Judgment

32. Nutrition Rite realleges each paragraph 1 through 31 of this complaint as if fully restated herein.

33. Nutrition Rite prays that this Court grant their request for a declaratory judgment finding that defendants are in breach of the contract and issuing an order directing them to specifically perform the contract, return the purchase price and recover all remaining Orgazen supplements.

## **As and For a Seventh Cause of Action**
Civil Conspiracy

34. Nutrition Rite realleges each paragraph 1 through 33 of this complaint as if fully restated herein.

35. The foregoing and other actions and inactions by defendants were intentionally, grossly, willfully, fraudulently and unjustifiably accomplished in concert, agreement and

conspiracy with each other, for the purpose of defrauding Nutrition Rite and stealing their money.

36. As a direct result, Nutrition Rite has been damaged, and continue to be damaged, and demands judgment against defendants, jointly and severally, for an amount to be proven at trial for actual, compensatory and consequential damages, punitive damages, statutory interest, costs and disbursements, including reasonable attorneys' fees.

**Wherefore**, Nutrition Rite demands judgment against defendants, jointly and separately, as follows:

A. An award of damages in an amount to be determined at trial for actual, compensatory, consequential, lost profits and damage to reputation;

B. An award of punitive damages;

C. An award of disgorgement of profits;

D. An order rescinding the agreement as void and unenforceable and returning the parties to the status quo;

E. An order directing defendant to specifically perform;

F. An award of reasonable attorneys' fees;

G. An award of statutory interest, costs and disbursements;

H. An order declaring defendants in breach of the parties' agreement; and

I. Any further relief this Court deems just, proper and equitable.

Dated: New York, New York
April 19, 2019

LAW OFFICE OF Z. TAN PLLC

By: _/s/ Bingchen Li__________
Bingchen Li, Esq.
39-07 Prince Street, Suite 3B
Flushing, NY 11354

Tel: (718) 886-6676
Attorneys for plaintiff